# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---

**TYLER RUPERT**,                                    Civil File No. 11-CV-2287 JAR/DJW

    Plaintiff,

vs.                                                                       **NOTICE OF DISMISSAL**
                                                             **WITH PREJUDICE**

**ELITE FINANCIAL SERVICES, INC**,

    Defendant.

---

       **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                               Respectfully submitted,

Dated:  June 21, 2011                     /s/*J. Mark Meinhardt*
                                                           J. Mark Meinhardt KS # 20245
                                                           4707 College Blvd, Suite 100
                                                           Leawood, KS 66211
                                                           (913) 451-9797 (Telephone)
                                                           (913) 451-6163 (Facsimile)
                                                           meinhardtlaw@sbcglobal.net

                                                           **ATTORNEY FOR PLAINTIFF**